O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA RIVAS, AN INDIVIDUAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRYAN P. CARLON; NATALIE MARIE ZAHAROFF; AND DOES 1 TO 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. EDCV 12-00469 VAP (DTBx)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

　　On April 2, 2012, Plaintiff Dora Rivas filed a Complaint (Doc. No. 1) ("Complaint") against Defendants Bryan P. Carlon, Natalie Marie Zaharoff, and DOES 1 to 10.

　　Since then, Plaintiff has not prosecuted her claims against Defendants. On May 2, 2013, the Court issued an Order to Show Cause ("OSC"), in writing, by May 13, 2013, why the action should not be dismissed without prejudice for failure to prosecute. (See Doc. No. 5.) Plaintiff

failed to respond timely to the OSC.  Accordingly, the Court DISMISSES Plaintiff's Complaint without prejudice.

Dated:  May 15, 2013                     _____
                                          VIRGINIA A. PHILLIPS
                                          United States District Judge

2