**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA RIVAS, AN INDIVIDUAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRYAN P. CARLON; NATALIE )<br>MARIE ZAHAROFF; AND DOES )<br>1 TO 10, INCLUSIVE, )<br>)<br>Defendants. )<br>_____) | Case No. EDCV 12-00469 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 15, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge