JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA RIVAS, AN INDIVIDUAL,<br><br>        Plaintiff,<br><br>  v.<br><br>BRYAN P. CARLON; NATALIE MARIE ZAHAROFF; AND DOES 1 TO 10, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 12-00469 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 6, 2013

                                              VIRGINIA A. PHILLIPS
                                    United States District Judge