**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA RIVAS, AN INDIVIDUAL, ) ) ) Plaintiff, ) ) v. ) ) BRYAN P. CARLON; NATALIE ) MARIE ZAHAROFF; AND DOES ) 1 TO 10, INCLUSIVE, ) ) Defendants. ) | Case No. EDCV 12-00469 VAP (DTBx) **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 6, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge